Dismissed and Memorandum Opinion filed March 1, 2007








Dismissed
and Memorandum Opinion filed March 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00903-CV

____________

 

KELVEN HUNTER, Appellant

 

V.

 

BNSF RAILWAY COMPANY,
Appellee

 



 

On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2004-71582

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 31, 2006.  On February 23, 2007, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
1, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.